

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-25-00232-CR

___

JOSUE PENA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

___

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 087049-D-CR, Honorable Steven Denny, Presiding

___

August 27, 2025

## ORDER OF ABATEMENT AND REMAND

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Josue Pena, appeals his conviction for failure to comply with sex offender registration requirements[1] and sentence to eighteen months of confinement. On July 23, 2025, the trial court signed a certification of Appellant's right of appeal. However, the certification is incomplete and does not indicate whether Appellant has a right to appeal his case. *See* TEX. R. APP. P. 25.2(a)(2), (d).

___

[1] *See* TEX. CODE CRIM. PROC. ANN. art. 62.102(b)(1).

Because the certification is defective, we abate the appeal and remand the cause to the trial court to prepare an amended certification that indicates whether Appellant has a right of appeal.  *See* TEX. R. APP. P. 25.2(f); *Dears v. State*, 154 S.W.3d 610, 613–14 (Tex. Crim. App. 2005) (requiring an appellate court to determine whether the trial court's certification comports to the record).  The trial court shall utilize reasonable means to secure Appellant's signature on the amended certification.  *See* TEX. R. APP. P. 25.2(d). The amended certification shall be included in a supplemental clerk's record filed with this court by September 26, 2025.

It is so ordered.

Per Curiam

Do not publish.